Certificate Number: 17082-MA-DE-035808589

Bankruptcy Case Number: 21-10923



17082-MA-DE-035808589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2021, at 2:34 o'clock PM MST, ROSE CUMMINGS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   July 3, 2021            By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director